374 A.2d 697

Busy Beaver Remodelers, Inc. v. Sproul et ux., Appellants.

Argued April 11, 1977. David B. Washington, submitted a brief for appellants; Seymour J. Schafer, with him Harvey I. Goldstein, for appellee.

Judgment affirmed.

VAN der VOORT, J., absent.

374 A.2d 698

Cambria Savings and Loan Association v. Capozzi, et al., Appellants.

Argued April 14, 1977. Allen N. Brunwasser, for appellants; Allan E. Mac-Leod, with him Joseph M. Wymard, for appellee.

Decree affirmed.

VAN der VOORT, J., absent.